# RETURN

☒ FILED   ☐ LODGED

**Feb 06 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 25-05625MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-5-25 | 2-6-25 0930 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / D. Grossenbach

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Packaging Material

1.12 kg unknown liquid solution

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-6-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title